

# Fourth Court of Appeals
## San Antonio, Texas

January 15, 2021

No. 04-20-00516-CV

Heriberto D. **GONZALEZ,**
Appellant

v.

Salvador **JOHNSON,** Sr.,
Appellee

From the County Court at Law No 2, Webb County, Texas
Trial Court No. 2019CVH002459C3
Honorable Victor Villarreal, Judge Presiding

# O R D E R

Appellee's brief was originally due by January 11, 2021.  Neither the brief nor a motion for extension of time has been filed.  We therefore **ORDER** appellee to file his brief **by January 25, 2021.**  Appellee is advised that if the brief is not filed, the case may be set at issue without an appellee's brief.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of January, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court